THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES A. DELEHANTY, and JAMES A. DELEHANTY v. JOHN F. MCINTYRE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE BUTTERICK PUBLISHING COMPANY v. FREDERICK LOESER & COMPANY, INC.— Motion for reargument denied; motion for leave to appeal to Court of Appeals granted and questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTHUR H. LAMBORN and Others v. THE LAKE SHORE BANKING AND TRUST COMPANY.— Motion for reargument denied; motion for leave to appeal to Court of Appeals granted and questions certified. Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE CITY OF NEW YORK v. THE NEW YORK EDISON COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNITED STATES PRINTING AND LITHOGRAPH COMPANY v. PATRICK A. POWERS and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BAYARD PRODUCTS COMPANY, INC., v. D. C. ANDREWS & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GABRIEL HERMAN v. LOUIS HERMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GOSHI KAISHA YAMAMOTO SOHONTEN v. FRANCE AND CANADA STEAMSHIP COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

L. LOEWY & SON, INC., v. FAIRFAX TEXTILE MILLS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE SUNSHINE CLOAK AND SUIT COMPANY v. ABRAHAM SCHLOSSBERG and Others.— Motion for stay pending appeal granted on condition appeal be argued during June term. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS B. CHRISTMAN v. UNION RAILWAY COMPANY OF THE CITY OF NEW YORK.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. EUGENE AUSTIN v. CHARLES B. MANVILLE and Others.— Motion for stay pending appeal granted. Appeal should be argued on next motion day. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIMON GULACK v. ISAAC O. SCHIFF and Others.— Motion for stay pending appeal granted on condition appeal be promptly brought on for argument. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.